**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA SEDGWICK,

        Plaintiff,

v.                                Case No:  6:18-cv-1661-Orl-40DCI

WALGREEN CO. and DYNASERV
FLORIDA, LLC,

        Defendants.
_____/

## <u>ORDER</u>

This cause comes before the Court upon Plaintiff's Motion for Reconsideration of the Motion to Remand (Doc. 33 ("the "Motion")), which the Court construes as a renewed motion to remand. Upon review, the Motion is due to be granted.

This suit was removed to this Court on October 4, 2018. (Doc. 1). On December 31, 2018, Plaintiff moved for leave of Court to file a second amended complaint ("SAC") adding a new party, and to remand based upon diversity being destroyed post-amendment. (Doc. 17). The Court granted in part and denied in part this motion, granting Plaintiff leave to file the SAC, but noting that the proposed SAC contained insufficient jurisdictional allegations as to the newly added defendant. (Doc. 18). Plaintiff next filed the SAC and remedied the jurisdictional deficiency identified by the Court. (Doc. 19). Now, Plaintiff moves to remand this action because diversity of citizenship no longer exists to support the Court's subject matter jurisdiction. (Doc. 33). The Motion is not opposed. (*Id.*).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.  Plaintiff's Renewed Motion to Remand (Doc. 33) is **GRANTED**.

2. This case is remanded to the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

3. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of Court for the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

4. The Clerk of Court is thereafter **DIRECTED** to terminate all pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on May 24, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties